George Stepniak, Plaintiff, v. The Lake Shore and Michigan Southern Railway Company, Defendant.—Plaintiff's exceptions sustained and motion for new trial granted, with costs to the plaintiff to abide event. Held, that the questions of defendant's negligence and absence of contributory negligence on the part of the plaintiff are questions of fact which should have been submitted to the jury. All concurred, except McLennan, P. J., and Nash, J., who dissented.

The John Church Company, Respondent, v. William H. Parkinson, Appellant. —Judgment and order affirmed, with costs. All concurred; Nash, J., not sitting.

Max Bachman, Plaintiff, v. Charles H. Harrington, as, etc., Defendant.— Motion for leave to appeal to Court of Appeals granted and questions to be reviewed certified.

---

## THIRD DEPARTMENT, DECEMBER, 1905.

George Heck, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Motion denied.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company (Tax of 1902) v. Otto Kelsey, as Comptroller of the State of New York.— Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company (Tax of 1903) v. Otto Kelsey, as Comptroller of the State of New York.— Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company (Tax of 1904) v. Otto Kelsey, as Comptroller of the State of New York.— Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements. No opinion.

Daniel O'Shea, as Administrator, etc., of Dennis O'Shea, Deceased, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Order unanimously affirmed, with costs. No opinion.

Huldah Amy, Respondent, v. Ida Butler, Otherwise Known as Ida Gile, Appellant, and The First National Bank of Fort Edward.— Judgment unanimously affirmed, with costs. No opinion.

Thomas B. Fulford, Appellant, v. Sarah J. Todd Langley, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Carlos W. Burrows, Respondent, v. Remington-Martin Company, Appellant. —Judgment unanimously affirmed, with costs. No opinion.

Patrick Monahan, Respondent, v. Schenectady Railway Company, Appellant. —Judgment and order unanimously affirmed, with costs. No opinion.

Thomas D. Trumbull, Jr., Appellant, v. Andrew Thomas, Respondent, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred. Kellogg, J., not sitting.

Knickerbocker Trust Company, as Trustee, v. Oneonta, Cooperstown and Richfield Springs Railway Company and Others.— Motion for stay granted, unless plaintiff will stipulate that any of the bondholders may intervene and serve answers on or before 12th December, 1905, to which a reply will be served within three days without the right to said bondholders to amend their answers as of course thereafter. The trial of the action to proceed on eighteenth December as specified in the order of twenty-eighth November. If plaintiff will so stipulate, motion for stay denied. No costs to either party. All concurred. Chester, J., not sitting.

In the Matter of the Application of John H. Painter for Admission to Practice as an Attorney and Counselor at Law.— Application granted.

Alice Babbitt, Respondent, v. Erie Railroad Company, Appellant.— Motion denied.

Alice P. Ware, as Administratrix, etc., of Tilden H. Ware, Deceased, Respondent, v. Ithaca Street Railway Company, Appellant.— Order unanimously affirmed, with costs. No opinion.